

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Clyde Dale Evans,                              * From the 29th District Court
                                                 of Palo Pinto County,
                                                 Trial Court No. 18207.

Vs. No. 11-24-00179-CR                         * September 25, 2025

The State of Texas,                            * Memorandum Opinion by Williams, J.
                                                 (Panel consists of: Bailey, C.J.,
                                                 Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below.   Therefore, in accordance with this court's opinion, we modify the trial court's judgment in the section titled "Statute for Offense" to replace "38.04(a),(b)(1)" with "38.04(a), (b)(2)(A)."   As modified, we affirm the judgment of the trial court.